UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NUKY CONSTANTINI,
                           Plaintiff,

-against-                            21 Civ. 6826 (LGS)

                                            ORDER
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
                         Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated November 4, 2021, required Plaintiff to file a letter response to Defendant's pre-motion letter by November 9, 2021. (Dkt. No. 22.)

      WHEREAS, no such letter was filed. It is hereby

      **ORDERED** that, if Defendant intends to oppose Plaintiff's motion, Defendant shall file a letter response no later than **November 11, 2021**.

Dated: November 10, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE