**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NUKY CONSTANTINI,

                Plaintiff,                    21 **CIVIL** 6826 (LGS)

      -against-                           **JUDGMENT**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 3, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        June 3, 2022

                                                      **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                            **BY:**      *K. Mango*
                                                         _____
                                                          **Deputy Clerk**